IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-17-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER LEE HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST respond to defendant's motion for compassionate release [D.E. 223] not later than March 2, 2026.

SO ORDERED. This 10 day of February, 2026.

                                                                                           JAMES C. DEVER III
                                                                                           United States District Judge