IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-cr-00017-D-1

UNITED STATES OF AMERICA )
)
v. )
)
CHRISTOPHER LEE HERNANDEZ, )
)
Defendant. )

**ORDER TO SEAL**

This matter comes before the court on the government's motion to seal its Response in Opposition to the defendant's motion for compassionate release and Exhibit Three attached thereto. For good cause having been shown in the government's motion, the court GRANTS the government's Motion to Seal its Response in Opposition and Exhibit Three attached thereto. The Clerk of the Court shall maintain under seal the government's Response in Opposition and Exhibit Three attached thereto until further order of the court.

SO ORDERED this **4** day of March, 2026.

JAMES C. DEVER III
United States District Judge

Page 1 of 1